**FILED**

FEB 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Alma Andrea SANCHEZ<br><br>    Defendant. | Magistrate Case No.:<br><br>**'08 MJ 8177**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about February 24, 2008, within the Southern District of California, defendant Alma Andrea SANCHEZ did knowingly and intentionally import approximately 54.10 kilograms (119.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Rudy Garcia, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 26th DAY OF February 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alma Andrea SANCHEZ

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Rudy Garcia.

On February 24, 2008, at approximately 2230 hours, Alma Andrea SANCHEZ attempted to enter the United States from the Republic of Mexico at the Calexico, CA West Port of Entry. SANCHEZ was the driver, registered owner and sole occupant of a 1999 Chevrolet Blazer with California license plate number 6AZX987.

SANCHEZ identified herself to Customs and Border Protection Officer (CBPO) Oceguera, and stated she was a United States citizen. CBPO Oceguera questioned SANCHEZ regarding the vehicle and she stated she had owned the vehicle for about four months. SANCHEZ gave a negative declaration and stated she was returning to Brawley after visiting some friends in Mexicali. CBPO Oceguera noted that SANCHEZ seemed over-friendly and had problems concentrating when replying to his questions. CBPO Oceguera referred SANCHEZ to vehicle secondary for further inspection.

In vehicle secondary, CBPO Lepe received a negative declaration from SANCHEZ. SANCHEZ was ask the purpose of her trip to Mexico and stated to CBPO Lepe, that she was visiting friends. SANCHEZ also stated that she bought the vehicle four months ago and that she was unemployed. CBPO Lepe requested a canine screening of the vehicle. Canine Enforcement Officer Taylor used his human/narcotic detection dog to screen the vehicle. The canine alerted to the rear bumper area of the vehicle.

A subsequent inspection of the vehicle revealed 42 packages concealed inside a compartment within the gas tank, within the door panels, inside the spare tire and within the dashboard. One of the packages was probed and it field-tested positive for marijuana. The 42 packages had a combined net weight of approximately 54.10 kilograms (119.02 pounds) of marijuana. SANCHEZ was placed under arrest and advised of her Miranda Rights, which she acknowledged.