1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org

6  Attorneys for Ms. Sanchez

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj8177 |
   |                           | ) |                   |
12 |           Plaintiff,      | ) |                   |
   |                           | ) |                   |
13 | v.                        | ) | PROOF OF SERVICE  |
   |                           | ) |                   |
14 | **ALMA ANDREA SANCHEZ,**  | ) |                   |
   |                           | ) |                   |
15 |           Defendant.      | ) |                   |

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov

22 Dated: February 28, 2008                    *s/ Bridget L. Kennedy*
                                               **BRIDGET L. KENNEDY**
23                                             Federal Defenders
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467 (tel)
25                                             (619) 687-2666 (fax)
                                               e-mail:bridget_kennedy@fd.org