FILED

08 MAR -5 PM 3:50

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0647 JM |
| Plaintiff, ) | INDICTMENT |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| ALMA ANDREA SANCHEZ, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about February 24, 2008, within the Southern District of California, defendant ALMA ANDREA SANCHEZ did knowingly and intentionally import 50 kilograms and more, to wit: approximately 54.10 kilograms (119.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

WDK:fer:Imperial
2/29/08

<u>Count 2</u>

On or about February 24, 2008, within the Southern District of California, defendant ALMA ANDREA SANCHEZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 54.10 kilograms (119.02 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 5, 2008.

A TRUE BILL:

/s/
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
DOUGLAS KEEHN
Assistant U.S. Attorney