| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | AARON B. CLARK |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 239764 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787/(619) 235-2757 (Fax) |
|   | Email: aaron.clark@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0647-JM |
| | ) | |
| Plaintiff, | ) | DATE:  April 11, 2008 |
| | ) | TIME:  11:00 a.m. |
| v. | ) | Before Honorable Jeffrey T. Miller |
| | ) | |
| ALMA ANDREA SANCHEZ, | ) | UNITED STATES' MOTION FOR: |
| | ) | |
| Defendant(s). | ) | (1)  RECIPROCAL DISCOVERY; AND |
| | ) | (2)  LEAVE TO FILE FURTHER |
| | ) | MOTIONS |
| | ) | |
| | ) | TOGETHER WITH STATEMENT OF |
| | ) | FACTS AND MEMORANDUM |
| | ) | OF POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant U.S. Attorney, and hereby files its Motions in the above-referenced case. Said Motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

DATED: March 26, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Aaron B. Clark
AARON B. CLARK
Assistant United States Attorney

KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California State Bar No. 239764
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787/(619) 235-2757 (Fax)
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALMA ANDREA SANCHEZ,<br><br>　　　　　Defendant(s). | Criminal Case No. 08CR0647-JM<br><br>DATE:　April 11, 2008<br>TIME:　11:00 a.m.<br>Before Honorable Jeffrey T. Miller<br><br>UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

The Defendant, Alma Andrea Sanchez (hereinafter "Defendant"), was charged by a grand jury on March 5, 2008 with violating 21 U.S.C. §§ 952 and 960, importation of marijuana, and 21 U.S.C. § 841(a)(1), possession of marijuana with the intent to distribute. Defendant was arraigned on the Indictment on March 11, 2008, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on the evening of February 24, 2008 by United States Customs and Border Protection ("CBP") Officers at the Calexico, California (West) Port of Entry. There,

1  Defendant entered the vehicle inspection lanes as the driver, sole occupant, and registered owner
2  of a 1999 Chevy Blazer ("the vehicle").
3      At primary inspection, Defendant provided a negative customs declaration, claimed to have
4  owned the vehicle for four months. She also claimed to be a United States citizen, and stated she
5  had gone to Mexicali for a few hours to visit friends. CBP Officer Oceguera noted that Sanchez
6  seemed overly friendly during the brief encounter and had a difficult time answering questions.
7  Officer Oceguera thereafter referred Defendant to secondary inspection.
8      At secondary inspection, Defendant again stated that she had owned the vehicle for four
9  months and had been to Mexico to visit friends. A Narcotic Detector Dog ("NDD") then screened
10 the vehicle and alerted to the rear bumper area. Further inspection of the vehicle ultimately
11 revealed a 42 packages of marijuana hidden inside the fuel tank, spare tire, four door panels, and
12 dashboard assembly. The total weight of the packages was approximately 54.10 kilograms (119.02
13 lbs).
14     In a post-<u>Miranda</u> statement, Defendant denied knowledge of the narcotics but proceeded
15 to offer contradictory versions of the events leading to her arrest..

**III**

**UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY**

18     The United States hereby moves for reciprocal discovery from Defendants. To date
19 Defendants have not provided any. The United States, pursuant to Rule 16 of the Federal Rules of
20 Criminal Procedure, requests that Defendants permit the United States to inspect, copy, and
21 photograph any and all books, papers, documents, photographs, tangible objects, or make copies
22 of portions thereof, which are within the possession, custody or control of Defendants and which
23 Defendants intend to introduce as evidence in their case-in-chief at trial.
24     The United States further requests that it be permitted to inspect and copy or photograph
25 any results or reports of physical or mental examinations and of scientific tests or experiments made
26 in connection with this case, which are in the possession or control of Defendants, which

3

1  Defendants intend to introduce as evidence-in-chief at the trial, or which were prepared by a
2  witness whom Defendants intend to call as a witness. Because the United States will comply with
3  Defendants' requests for delivery of reports of examinations, the United States is entitled to the
4  items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure. The
5  Government also requests a written summary of the names, anticipated testimony, and bases for
6  opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the
7  Federal Rules of Evidence.
8     The United States also requests that the Court make such order as it deems necessary under
9  Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.
10    In addition, Rule 26.2 of the Federal Rules of Criminal Procedure requires the production
11 of prior statements of all witnesses, except a statement made by defendants. This rule thus provides
12 for the reciprocal production of <u>Jencks</u> statements. The time frame established by the rule requires
13 the statement to be provided after the witness has testified. To expedite trial proceedings, the
14 United States hereby requests that Defendants be ordered to supply all prior statements of defense
15 witnesses by a reasonable date before trial to be set by the Court. Such an order should include any
16 form in which these statements are memorialized, including but not limited to, tape recordings,
17 handwritten or typed notes and/or reports.

**IV**

**LEAVE TO FILE FURTHER MOTIONS**

20    Should new information or legal issues arise, the United States respectfully requests the
21 opportunity to file such further motions as may be appropriate.
22 //
23 //
24 //
25 //
26 //

4

1  //

## IV
## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that Defendant's motions, except where not opposed, be denied.

DATED: March 26, 2008.

                           Respectfully submitted,

                           KAREN P. HEWITT
                           United States Attorney

                           s/ Aaron B. Clark
                           AARON B. CLARK
                           Assistant United States Attorney

5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>        v.<br><br>ISAAC NAVARRO-LOMELI,<br><br>        Defendant(s). | Case No. 08CR0091-L<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

      I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

      1. Bridget L. Kennedy

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008.

                                                        s/ Aaron B. Clark<br>
                                                        AARON B. CLARK