UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 08CR0647-JM |
|---|---|
| Plaintiff | CERTIFICATE OF SERVICE |
| v. | |
| ALMA ANDREA SANCHEZ, | |
| Defendant(s). | |

IT IS HEREBY CERTIFIED THAT:

    I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Bridget L. Kennedy

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2008.

                                                      s/ Aaron B. Clark
                                                      AARON B. CLARK