1 | **BRIDGET KENNEDY**
California State Bar No. 253416
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone: (619) 234-8467, ext. 3740
4 | Fax: (619) 687-2666
Bridget_Kennedy@fd.org
5 |
Attorneys for Ms. Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JEFFREY T. MILLER**)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0647-JM |
|---|---|---|
| Plaintiff, | ) | DATE: April 11, 2008 |
| | ) | TIME: 11:00 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND |
| ALMA ANDREA SANCHEZ, | ) | MOTIONS: |
| | ) | |
| Defendant. | ) | (1) TO COMPEL DISCOVERY/PRESERVE EVIDENCE; |
| | ) | (2) TO PRESERVE AND RE-WEIGH NARCOTIC EVIDENCE; |
| | ) | (3) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND |
| | ) | (4) GRANT LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
AARON CLARK, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on April 11, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, the defendant, Alma Andrea Sanchez, by and through her counsel, Bridget Kennedy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

## MOTIONS

The defendant, Alma Andrea Sanchez, by and through her attorneys, Bridget Kennedy and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery/preserve evidence;
2) to preserve and re-weigh narcotic evidence;
3) to suppress statements;
4) dismiss the Indictment due to misinstruction of the Grand Jury; and,
5) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

*s/ Bridget Kennedy*

Dated: March 27, 2008

**BRIDGET KENNEDY**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Sanchez