**UNITED STATES v. ALMA ANDREA SANCHEZ**
**08CR0647-jtm**

# LIST OF EXHIBIT

Exhibit A .......................................... Partial Grand Jury Transcript

Exhibit B .................................................. Grand Jury Transcript