**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Ms. Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>             Plaintiff,                              )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>**Alma Andrea Sanchez,**                 )<br>                                                              )<br>             Defendant.                         )<br>_____) | Case No. 08cr0647-JTM<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Aaron Clark, Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: February 28, 2008            *s/ Bridget L. Kennedy*
                                                      **BRIDGET L. KENNEDY**
                                                      Federal Defenders
                                                      225 Broadway, Suite 900
                                                      San Diego, CA 92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      e-mail:bridget_kennedy@fd.org