**ORIGINAL**



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>  Plaintiff,  )<br>           )<br>           )<br>           )<br>vs.        )<br>           )<br>ALMA ANDREA SANCHEZ,  )<br>           )<br>  Defendant.  )<br>_____) | Case:  08CR0647-JM<br><br>Date:  April 11, 2008<br>Time:  11:00 a.m.<br><br><br>**ORDER TO PRESERVE AND RE-<br>WEIGH NARCOTIC EVIDENCE** |

   **IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Ms. Sanchez, and an opportunity to respond.

   **SO ORDERED.**

Dated: 4/11/08

                                        _____
                                        HONORABLE JEFFREY T. MILLER
                                        U.S. District Court Judge